■ MELISSA MISENHEIMER, Respondent, v QUENTIN MISENHEIMER, Appellant. [18 NYS3d 900]—Appeal from an order of the Supreme Court, Erie County (James H. Dillon, J.), entered August 25, 2014. The order denied defendant's motion to dismiss the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Centra, Carni, Whalen and DeJoseph, JJ.